1120

No. 90–887. KETCHEL ET AL. v. BAINBRIDGE TOWNSHIP ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 90–907. VASTOLA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–917. LAUGHLIN, TRUSTEE v. INTERNAL REVENUE SERVICE. C. A. 8th Cir. Certiorari denied.

No. 90–947. EIDE v. SARASOTA COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 90–962. ALAMO RENT-A-CAR, INC. v. SARASOTA-MANATEE AIRPORT AUTHORITY. C. A. 11th Cir. Certiorari denied.

No. 90–991. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. v. CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–997. ORSBURN v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1000. LANDA v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1040. PENA ET AL. v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 90–1041. DiLUCIA ET AL. v. TOWN BOARD OF TOWN OF WESTFORD, NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 90–1042. GROVES ET AL. v. HOSTLER. C. A. 9th Cir. Certiorari denied.

No. 90–1045. CAPITOL NEWS AGENCY CO., INC., ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 90–1047. NATIONAL AMUSEMENTS, INC. v. CITY OF SPRINGDALE, OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied.